# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) 1:06-cr-00022 LJO
      )
DIONISIO NICHO DELAVEGA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (x) Ad Prosequendum      ( ) Ad Testificandum.
Name of Detainee:    Dionisio Nico Delavega, Inmate Number AM5455
Detained at (custodian): North Kern State Prison, Delano, California

Detainee is:    a.)    (x) charged in this district by:
     (x) Petition    ( ) Indictment    ( ) Information    ( ) Complaint

         Charging Detainee With:    **Violation of Supervised Release**

   or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (x) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California*

Signature:    /s/Dawrence W. Rice, Jr.
Printed Name & Phone No.:    Dawrence W. Rice, Jr./(559)497-4031
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (x) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/22/2013                              /s/ Barbara A. McAuliffe
Date                                      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Dionisio Guadalupe Delavega | | Male |
| Booking or Fed. Reg. #: | Inmate No. AM5455 | DOB: | 02/10/1969 |
| Facility Address: | North Kern State Prison | Race: | Hispanic |
| | 2737 W. Cecil Ave., Delano, CA 93215 | FBI #: | |
| Facility Phone: | 661/721-2345 | | |
| Currently Incarcerated For: | Second Degree Burglary | | |

**RETURN OF SERVICE**

Executed on _____ by _____      _____
                                                                (Signature)